IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| TRUSTEES OF THE <br> PLUMBERS AND PIPEFITTERS <br> NATIONAL PENSION FUND, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> T.N.T. MAINTENANCE <br> & ERECTORS, LLC, <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) Case No. 1:12-cv-1310 (GBL/TCB) <br> ) <br> ) <br> ) <br> ) <br> ) |

## ORDER

Upon consideration of the May 29, 2013 Report and Recommendation of United States Magistrate Judge Buchanan (Doc. 14), who was designated to conduct a hearing in this matter, no objection having been filed within fourteen days, and upon a *de novo* review of the record, the Court adopts as its own the findings of fact and accepts the recommendation of United States Magistrate Judge Buchanan. Accordingly,

**IT IS HEREBY ORDERED** that Plaintiffs' Motion for Default Judgment (Doc. 9) is **GRANTED**;

**IT IS FURTHER ORDERED** that the Clerk of Court enter default judgment in favor of Plaintiff Trustees of the Plumbers and Pipefitters National Pension Fund and against T.N.T. Maintenance & Erectors, LLC in the total amount of six thousand six hundred sixty dollars and twenty-two cents ($6,660.22), itemized as follows: (1) five thousand three hundred eight dollars and eighteen cents ($5,308.18) in unpaid contributions from October 2011 through March 2012; (2) five hundred thirty dollars and eighty-two cents ($530.82) in liquidated damages; and (3) eight hundred twenty-one dollars and twenty-two cents ($821.22) in interest accrued at a rate of

twelve percent (12%) per annum from the date due through May 24, 2013, and continuing to accrue through the date of payment;

**IT IS FURTHER ORDERED** that the Clerk of Court enter judgment in favor of Plaintiff Trustees of the International Training Fund and against Defendant T.N.T. Maintenance & Erectors, LLC in the total amount of two hundred twenty-five dollars and twenty-one cents ($225.21), itemized as follows: (1) one hundred sixty-six dollars and twenty cents ($166.20) in unpaid contributions for the months of October 2011 through March 2012; (2) thirty-three dollars and twenty-four cents ($33.24) in liquidated damages; and (3) twenty-five dollars and seventy-seven cents ($25.77) in interest accrued at a rate of twelve percent (12%) per annum from the date due through May 24, 2013, and continuing to accrue through the date of payment; and

**IT IS FURTHER ORDERED** that the Clerk of Court enter judgment in favor of Plaintiff Trustees of the International Training Fund and Trustees of the International Training Fund and against Defendant T.N.T. Maintenance & Erectors, LLC in the amount of one thousand three hundred seventy-five dollars ($1,375.00) in attorneys' fees and five hundred sixty-one dollars and twenty-nine cents ($561.29) in costs.

**IT IS SO ORDERED.**

ENTERED this ___ day of June, 2013.

Alexandria, Virginia
6 / __ 2013

/s/
Gerald Bruce Lee
United States District Judge